In the Matter of the Application of JULIUS J. BLUM, Appellant, against JOHN E. CONNELLY, Chairman, and Others, as Commissioners of the State Insurance Fund of the Department of Labor of the State of New York, NICHOLAS W. MULLER, Executive Director of the State Insurance Fund, GRACE A. REAVY, President, and Others, Commissioners, Constituting the Department of Civil Service of the State of New York, and MORRIS S. TREMAINE, Comptroller of the State of New York, Respondents.— Motion for leave to appeal as a poor person granted, with ten dollars costs.  Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE P. BRUNO and Others, Appellants.— Motion by George Bruno, Herman Lovaglia and Leonard M. Hanoske for leave to appeal on typewritten records and briefs granted; time within which to perfect appeals extended for six months.  Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of CARMINE DE FALCO, Appellant, against BORO ASPHALT COMPANY and THE TRAVELERS INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to reinstate appeal granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILES GOULD, Appellant.— Application to extend time within which to perfect appeal granted; and time within which to perfect appeal extended six months.  Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALVIN H. HAYES, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Comstock, N. Y., Respondent.— Motion to prosecute appeal as a poor person on typewritten record and brief granted.  Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of TILLIE KATZ, Respondent, against REISSMAN ROTHMAN CORP. and STATE INSURANCE FUND, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied.  Motion for leave to appeal to the Court of Appeals denied.  Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of JOHN KERTESZ, Appellant, against UTAH CONSTRUCTION Co. and STATE INSURANCE FUND, Respondents.  STATE INDUSTRIAL BOARD, Respondent.— Application denied without prejudice to the making of an application for an order dispensing with printing record on appeal on showing meritorious grounds for an appeal.  Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of EDWARD McGRATH, Appellant, against SHEFFIELD FARMS Co., INC., and SPECIAL FUNDS CONSERVATION COMMITTEE, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion denied without prejudice to the making of a new motion based upon a typewritten record showing meritorious grounds for an appeal.  Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of JACOB MALLEN, Appellant, against NEWARK CROCKERY DECORATING Co. and HARTFORD ACCIDENT AND INDEMNITY COMPANY, Respondents.  STATE INDUSTRIAL BOARD, Respondent.— Motion to perfect appeal on typewtitten record and brief granted.  Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.